RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SEP 10 2026
DANIEL J. McCOY, CLERK
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA

v.

BRIDGET MONIQUE JOHNSON (01) and
MICHAEL ALEXANDER WEDDERBURN (02),

Defendants

52 U.S.C. § 20511(2)(A)
18 U.S.C. § 611(a)

5:26-cr-00360
Judge Hicks
Magistrate Judge Hornsby

**INDICTMENT**

The Federal Grand Jury charges:

**GENERAL ALLEGATIONS**

At all times relevant to this Indictment:

1. The defendant **BRIDGET MONIQUE JOHNSON** was a resident of Webster Parish, Louisiana and a candidate in the 2024 election for mayor of Cotton Valley, Louisiana.

2. The defendant **MICHAEL ALEXANDER WEDDERBURN** was a citizen of Jamaica and a resident of Webster Parish, Louisiana. **WEDDERBURN** was a non-citizen alien in the United States and was ineligible to vote in elections in the State of Louisiana.

3. On July 18, 2024, **BRIDGET MONIQUE JOHNSON** completed and electronically submitted a Louisiana voter registration application in the name of **MICHAEL ALEXANDER WEDDERBURN** in which it falsely stated that he was a citizen of the United States.

4. **MICHAEL ALEXANDER WEDDERBURN** subsequently voted in the 2024 election for the office of President, Vice President, Member of the House of Representatives and the Cotton Valley mayor.

**<u>COUNT 1</u>**
**Fraudulent Voter Registration**
[52 U.S.C. § 20511(2)(A)]

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2. On or about July 18, 2024, in the Western District of Louisiana, the defendant,

**BRIDGET MONIQUE JOHNSON,**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the State of Louisiana of a fair and impartially conducted election process, by the procurement and submission of a voter registration application that she knew to be materially false, fictious, and fraudulent under the laws of the state in which the election was held, that is, **BRIDGET MONIQUE JOHNSON** submitted or caused to be submitted a voter registration form, which she knew to be materially false, fictitious, and fraudulent under the laws of the State of Louisiana, and caused this form to be delivered to the Louisiana Secretary of State, in violation of Title 52, United States Code, Section 20511(2)(A).

**<u>COUNT 2</u>**
**Voting by Alien**
[18 U.S.C. § 611(a)]

1. The General Allegations section of this Indictment is re-alleged and

incorporated by reference as if fully set forth herein.

2. On or about October 26, 2024, in Webster Parish, in the Western District of Louisiana, the defendants,

**BRIDGET MONIQUE JOHNSON and**
**MICHAEL ALEXANDER WEDDERBURN,**

an alien, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a) and aided and abetted the same, in violation of Title 18, United States Code, Section 2.

A TRUE BILL

REDACTED

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

SETH D. REEG
ASSISTANT UNITED STATES ATTORNEY