**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

Court convened **at 8:55 a.m.** on Thursday, September 10, 2026, and adjourned at **9:15 a.m.**

PRESENT: Mark L. Hornsby, Magistrate Judge, Presiding
Jill Keller, Minute Clerk
Recorded: Liberty Court Recorder 3
Time in Court: 20 minutes

## PARTIAL GRAND JURY REPORT

_X_ Partial Report
_X_ Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

### OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 3:26-cr-00343-01*** | X/WRIT | |
| 3:26-cr-00344-01*** | X/WRIT | |
| 3:26-cr-00345-01* | X | |
| 3:26-cr-00346-01*** | X/WRIT | |
| 3:26-cr-00349-01* | X | |
| 3:26-cr-00354-01* | X | |
| 3:26-cr-00355-01*** | X/WRIT | |
| 5:26-cr-00301-01*/** | X | |
| 5:26-cr-00348-01*** | X | |
| 5:26-cr-00357-01*** | X | |
| 5:26-cr-00359-01*** | X/WRIT | |

### SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:26-cr-00347-01 | X | |
| 3:26-cr-00358-01 | X | |
| 5:26-cr-00350-01 | X | |
| 5:26-cr-00351-01 | X | |
| 5:26-cr-00352-01 | X | |
| 5:26-cr-00353-01 | X | |
| 5:26-cr-00360-01 | X | |
| 5:26-cr-00360-02 | X | |

_X_ Warrants/summons ordered issued as indicated.
_*_ In Federal Custody
_**_ Superseding Indictment
_***_ State Custody